1  BARRY J. PORTMAN
   Federal Public Defender
2  HILARY A. FOX
   Assistant Federal Public Defender
3  555 12th Street, Suite 650
   Oakland, CA 94607-3627
4  510-637-3500 (phone)
   510-637-3507 (fax)
5
   Counsel for Defendant MEZA
6

7

8              IN THE UNITED STATES DISTRICT COURT

9              FOR THE NORTHERN DISTRICT OF CALIFORNIA

10

11 UNITED STATES OF AMERICA,           )
                                       )  CR06-321-MJJ
12              Plaintiff,             )
                                       )
13                                     )  **STIPULATION AND [PROPOSED]**
        v.                             )  **ORDER CONTINUING DATE FOR**
14                                     )  **SUPERVISED RELEASE**
   MARIO MEZA,                         )  **REVOCATION AND DISPOSITION**
15                                     )  **HEARING FROM JANUARY 19,**
16              Defendant.             )  **2007, TO MARCH 2, 2007**

17      It is stipulated by and between Assistant U.S. Attorney Douglas Sprague and Mr. Meza

18 through his counsel, Assistant Federal Public Defender Hilary Fox, that the next date in this

19 matter, which is scheduled for Friday, January 19, 2007, for supervised release revocation, shall be

20 continued to Friday, March 2, 2007, at 2:30 p.m.

21      The parties jointly request this continuance because the basis for this revocation arises out of

22 charges currently pending in Alameda County Superior Court. Defense counsel has learned that

23 the next court hearing in the Alameda County Superior Court case has been scheduled for January

24 30, 2007. According to Mr. Meza's attorney in that matter, the case is not likely to resolve at that

25 appearance but instead will be scheduled for further hearings. Mr. Meza and the government agree

26 that further action on this revocation should be delayed until March 2 to see if an outcome is

reached by that time in his state case, since the resolution of this revocation will be affected by the resolution of the pending Alameda County Superior Court case.  The Probation Office has been consulted and supports the proposed continuance to March 2, 2007.

SO STIPULATED.

DATED: January 18, 2007                              /S/
                                                                  _____
                                                                  DOUGLAS SPRAGUE
                                                                  Assistant United States Attorney

DATED: January 18, 2007                              /S/
                                                                  _____
                                                                  HILARY A. FOX
                                                                  Assistant Federal Public Defender

## SIGNATURE ATTESTATION

I hereby attest that I have on file all holograph signatures indicated by a "conformed" signature ("/S/") within this efiled document.

1
2  **ORDER**
3  Based on the reasons provided in the stipulation of the parties above in *United States v. Mario*
4  *Meza,* CR -06-321-MJJ, IT IS HEREBY ORDERED that the next date in this matter, which is
5  currently scheduled for January 19, 2007, for supervised release revocation, shall be continued to
6  March 2, 2007, at 2:30 p.m.
7  IT IS SO ORDERED.
8
9  DATED: January 23, 2007                            _____
                                                       MARTIN J. JENKINS
10                                                     United States District Judge